IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BRAD M SHIPLEY,

    Plaintiff,

v.                                          CASE NO. 4:10-cv-00032-MP-WCS

SHERIFFS DEPARTMENT, STATES ATTORNEYS OFFICE,

    Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 5, Report and Recommendation of the Magistrate Judge, recommending that this matter be dismissed for failure to prosecute. The time for filing objections has passed, and none have been filed. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.    The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2.    This matter is dismissed without prejudice for failure to prosecute.

**DONE AND ORDERED** this _2nd_ day of February, 2011

                        *s/Maurice M. Paul*
                    Maurice M. Paul, Senior District Judge